The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEST BUY FLOORS, INC., a Washington corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SENTINEL INSURANCE COMPANY, LTD., a Connecticut corporation,<br><br>  Defendant. | Case No. 2:22-cv-01669-TSZ<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that the above matter shall be dismissed with prejudice and without any award of costs, attorneys' fees, or expenses, pursuant to FRCP 41(a)(1)(A)(ii).

\\\\

\\\\

\\\\

\\\\

\\\\

STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL - 1
(Case No.2:22-CV-01669 TSZ)

4867-7547-3479.2

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599

DATED this 9th day of February, 2023.

| MILLER NASH LLP | GORDON & POLSCER (OR) |
|---|---|
| /s/Jesús Miguel Palomares<br>Jesús Miguel Palomares, WSB No. 114874<br>/s/ Tristan Swanson<br>Tristan Swanson, WSB No. 41934<br>/s/ Carolyn A. Mount<br>Carolyn A. Mount, WSB No. 55527<br>2801 Alaskan Way, Suite 300<br>Seattle, WA 98121<br>Tel: 206.624.8300/Fax: 206.340.9599<br>Email: tristan.swanson@millernash.com<br>         jesus.palomares@millernash.com<br>         carolyn.mount@millernash.com<br><br>Attorneys for Plaintiff Best Buy Floors, Inc. | /s/Brian C. Hickman<br>Brian C. Hickman, WSB No. 50089<br>/s/Austin Smith<br>Austim Smith, WSB No. 59487<br>9020 SW WASHINGTON SQUARE ROAD STE 560<br>TIGARD, OR 97223<br>Tel:  503-242-2922/Fax: 503-242-1264<br>Email   bhickman@gordon-polscer.com<br>             asmith@gordon-polscer.com<br><br>Attorneys for Defendant Sentinel Insurance Company Ltd. |

STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL - 2
(Case No.2:22-CV-01669 TSZ)

4867-7547-3479.2

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599

**ORDER**

THIS MATTER came before the Court on Best Buy Floors, Inc. and Sentinel Insurance Company, LTD.'s Stipulated Motion and Proposed Order of Dismissal of all Claims with Prejudice.

IT IS SO ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to either party.

DATED this  10th   day of   February , 2023.

_____
The Honorable Thomas S. Zilly

Presented by:

| MILLER NASH LLP | GORDON & POLSCER (OR) |
|---|---|
| /s/Jesús Miguel Palomares<br>Jesús Miguel Palomares, WSB No. 114874<br>/s/ Tristan Swanson<br>Tristan Swanson, WSB No. 41934<br>/s/ Carolyn A. Mount<br>Carolyn A. Mount, WSB No. 55527<br>2801 Alaskan Way, Suite 300<br>Seattle, WA 98121<br>Tel: 206.624.8300/Fax: 206.340.9599<br>Email: tristan.swanson@millernash.com<br>jesus.palomares@millernash.com<br>carolyn.mount@millernash.com<br><br>Attorneys for Plaintiff Best Buy Floors, Inc. | /s/Brian C. Hickman<br>Brian C. Hickman, WSB No. 50089<br>/s/Austin Smith<br>Austim Smith, WSB No. 59487<br>9020 SW WASHINGTON SQUARE ROAD STE 560<br>TIGARD, OR 97223<br>Tel:  503-242-2922/Fax: 503-242-1264<br>Email   bhickman@gordon-polscer.com<br>asmith@gordon-polscer.com<br><br>Attorneys for Defendant Sentinel Insurance Company Ltd. |

STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL - 3
(Case No.2:22-CV-01669 TSZ)

4867-7547-3479.2

Miller Nash LLP
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599